UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KAMERON ROBINSON,

    Plaintiff,

v.        Case No.: 1:09cv232-SPM-AK

FAMILY PRESERVATION SERVICES
OF FLORIDA, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the parties' Joint Motion for Dismissal with Prejudice. Doc. 27. The parties represent that Plaintiff has been paid in full the liquidated damages she sought through this litigation without compromise. The parties have agreed to reasonable attorney fees and costs. Accordingly, it is

ORDERED and ADJUDGED as follows:

1.    The motion (doc. 27) is granted .

2.    This case is dismissed with prejudice as stipulated by the parties.

DONE AND ORDERED this 27th day of April, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge